# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:18-CR-6** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **EMERSON MILLER**, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 19th day of August, 2020, upon consideration of defendant's objections to the presentence report, and in accordance with the accompanying memorandum of today's date, it is hereby ORDERED that defendant's objections to paragraphs 34 and 24 of the presentence report are SUSTAINED as more fully described in the accompanying memorandum.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania